# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2011

Robert P. Young, Jr.,
Chief Justice

142267 & (33)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHARLOTTE HOFFNER,
           Plaintiff-Appellee,
           Cross-Appellant,
and

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
           Plaintiff-Appellee,

v

RICHARD LANCTOE and LORI LANCTOE,
           Defendants-Appellants,
           Cross-Appellees,
and

PAMELA MACK, TIFFANY K. AHO, and
MOUSIE, INC., d/b/a FITNESS XPRESS,
           Defendants.

SC: 142267
COA: 292275
Gogebic CC: 08-000085-NO

_____/

On order of the Court, the application for leave to appeal the November 2, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on whether to grant the application for leave to appeal or take other action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

The application for leave to appeal as cross-appellant remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2011

Clerk

t0419